IN THE UNITED STATES DISTRICT COURT
FOR THE **WESTERN DISTRICT** OF TEXAS
WACO DIVISION

**FILED**
January 05, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

PLAINTIFF )
Milton l. Gardner )
)
DEFENDANT )
IRS

6:22-cv-00015

GARDNER'S MOTION & NOTICE OF MOTION
FOR SUMMARY JUDGMENT

TO THE HONORABLE JUSTICE[S] OF SAID COURT:

Milton Lee Gardner moves for an order granting final summary judgment against the IRS.

Summary Judgment is proper in this case because there is no genuine dispute of material fact and because Gardner is entitled to Judgment as a matter of law.

Specifically, In March 2020, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("Cares Act," ACT). The Act provides emergency relief to eligible individuals in the form of a tax credit for 2020. The Act instructs the IRS to issue advance refunds of 2020 recovery rebate credits to eligible individuals as rapidly as possible, but no later than December 31,2020.

On September 24,2020, a Federal Court ruled that the IRS's position that people who are incarcerated are not eligible was unlawful. See Scholl v. Mnuchin, No.4:20-cv-5309-PJH (N.D. Cal), appeal docketed,No. 20-16915 (9th Cir). The Court ORDERED the IRS to "stop denying payments to people solely because they are incarcerated. The IRS has issued a numerous amount of EIP checks out to Texas Prison Offenders.

In fact has issued all three stimulus checks out to Texas Pris-

on Offenders in the Texas Department Of Criminal Justice (TDCJ-ID).

However, the IRS has refused/failed to issue any payment to movant Milton Lee Gardner.

Gardner, is eligible for the Economic Impact Payment because, 1) he is a U.S.Citizen or resident alien; (2)were not claimed as a dependant on another person's tax return; and (3)he has a social Security Number that is valid for employment in the United States.

Furthermore, Gardner filed for the EIP in October of 2020 using the proper form. Thereafter, Gardner had not received a single check by March of 2021,(although the vast majority of offenders had) so Gardner filed the 2020 recovery rebate also. As a result of that the IRS sent Gardner a letter stating that Gardner had to call the IRS at a 1800 number by a certain timeframe to verify his identity. See Exhibit A. Gardner responded by sending a TDCJ issued ID, a document from TDCJ's medical department and commissary department along with a letter explaining that he cannot make a phone call to a 1800 number from TDCJ because TDCJ policy does not allow. Gardner explained he was incarcerated. The IRS did not respond. Gardner waited a couple months and sent the IRS another copy of his TDCJ issued identification, the IRS has refused to respond to Gardner's letters or issue any payment[s].

## STATEMENT OF FACTS

Gardner was sentenced to 60 years TDCJ-ID on January 31,2014 and has remained in custody since that date. See Limestone County Court No. 13074- A; The State of Texas v. Milton Gardner. Gardner has properly filed for the Cares Act Economic Impact Payments and follow up

to the best of his ability to receive the payments as all the other offenders in TDCJ and the IRS has refused to issue Gardner a single check without reason. Thus, Gardner has no other adequate remedy at law.

Gardner is incarcerated at the Alfred Hughes Unit in Gatesvile Texas, in the jurisdiction of this court.

The Federal Court's ruling in Scholl v. Mnuchin supra , gives this court the authority to act.

### FINAL ARGUMENT

Summary Judgment is proper in a case in which there is no genuine dispute of material fact. Fed R. P. 56(a); Scott v. Harris, 550 U.S 372, 380 (2007); Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986); Perez v.- Lorraine Enters., INC., 769 F.3d 23, 29-30 (1st Cir 2014).

A civil rights plaintiff must support his claims with specific facts demonstrating a constitutional deprivation and may not simply rely on conclusory allegations. Schultea v Wood, 47 F.3d 1427, 1433 (5th Cir.1995). Here, in case at bar, since the IRS has issued a very large amount of stimulus checks to TDCJ offenders, it is a violation of Equal Protection and Cruel and Unusual Punishment to not issue Gardner his stimulus checks totaling at &3,200.00.

### DISCUSSION OF ALLEGATION'S OF A PRISONER'S COMPLAINT

Allegation's of a prisoner's complaint, "however inartfully pleaded," are held 'to less stringent standards than formal pleadings drafted by lawyers." Hughes v. Rowe, 449 U.S. 5,9 (1980). Gardner, ask that this court construe this pleading in favor of the proper vehicle for such a complaint.

PRAYER

WHEREFORE PREMISES CONSIDERED, MILTON LEE GARDNER request that the IRS located at 3651 S IH 35, STOP 6579 AUSC Austin TX 73301-0059. Be in all things ORDERED to issue the CARES ACT ECONOMIC PAYMENT of $3,200.00 to Milton Lee Gardner as ORDERED by the federal court in Scholl v. Mnuchin, No. 4:20-cv-5309-PJH (N.D. Cal)

AFFIDAVIT OF INDIGENCY

Plaintiff Gardner is idigent, an incarcerated in TDCJ with no access to copy machines or the likes, as so, request to be excused of filing cost and ask that this court suspend local or any rules requiring service of copies on the IRS.

INMATES DECLARATION

I swear under the penalty of perjury the information in the foregoing document is true so help me GOD.

/s/MILTON LEE GARDNER/

CERTIFICATE OF SERVICE

This is to certify that an original was sent first class mail to the Western District Court on 1/3/2022.

/s/MILTON LEE GARDNER/

 **IRS** Department of the Treasury
Internal Revenue Service

```
3651 S IH 35, STOP 6579 AUSC          In reply refer to:  1485011111
AUSTIN  TX  73301-0059                May  10, 2021  LTR 6330C  BO
                                      *               202012 30
                                                            00169200
                                                      BODC: WI
```



```
MILTON L GARDNER
2664 FM 2054
TENNESSEE COLONY  TX  75886
```

016111

```
        Taxpayer identification number: *
                          Tax year: 2020
                    Control number: 18221067789311
                     Letter number: 6330C
```

Dear TAXPAYER

URGENT - act now. Your future tax refunds may be at risk until you contact us.

We received an income tax return, Form 1040, for the tax year above using your name and Social Security number (SSN) or individual taxpayer identification number (ITIN). To protect you from possible identity theft, we need to verify your identity before we process the income tax return, issue a refund or credit any overpayments to your account.

                    WHAT YOU NEED TO DO IMMEDIATELY

CALL US at 800-830-5084 between the hours of 7:00 a.m. to 7:00 p.m., local time within 30 days from the date of this letter. If you filed a tax return, have the information listed below. When you call, we'll ask questions to verify your identity.

When you call, you MUST have ALL of the following if you filed:

- This letter;
- The income tax return for the year shown above (Form 1040, 1040A, 1040-EZ, 1040-PR, 1040-NR, 1040-SR, etc.);
- A prior year income tax return, other than the one for the year shown above.
  Note: A Form W-2 or 1099 is not an income tax return; and
- Any supporting documents for each year's income tax return, (Forms W-2 or 1099, Schedules C and F, etc.) that you filed with your income tax return.

If you choose to authorize someone to represent you before the IRS complete Form 2848, Power of Attorney and Declaration of Representative. We encourage you to be available with your authorized representative on the call. If you choose to have someone assist you on the call who is not an authorized third party, you must call us together and you must participate on the call. For more information about Form 2848 visit our website at www.irs.gov/forms or call

```
                                                       1485011111
                                       May  10, 2021  LTR 6330C  B0
                                       *                202012 30
                                                           00169201
```

MILTON L GARDNER
2664 FM 2054
TENNESSEE COLONY   TX   75886


800-829-1040.

### IF YOU DO NOT CALL US IMMEDIATELY

Until we hear from you, we won't be able to process your tax return, issue a refund, or credit any overpayment to your account.

### WHAT WE'LL DO WHEN YOU CALL US

If we can't verify your identity over the phone, we will ask you to schedule an appointment and bring the documents listed above to your local IRS office to verify in person.

If we successfully verify your identity, we'll process your tax return. It can take 9 weeks to receive your refund or credit any overpayment to your account. If we find other problems, we'll contact you again. This will delay your refund more.

### WHY WE'RE SENDING THIS LETTER

IF YOU DIDN'T FILE: Someone may have filed a fraudulent tax return using your name and SSN or ITIN. If you didn't file an income tax return for the tax year above, it is important to call us immediately and confirm that you may be a victim of identity theft to stop further fraudulent activities.

IF YOU DID FILE: Call us - We need more information from you to verify your identity and process your income tax return, issue a refund, or apply the overpayment to your next year's estimated tax.

### WHERE YOU CAN GO FOR MORE INFORMATION

Usted puede solicitar una copia de esta carta en español, llamando al número de teléfono indicado abajo.

Para obtener m s información acerca de esta carta, visite
www.irs.gov/ltr4883sp.

Visit www.irs.gov/ltr6330c for more information about this letter.

Visit www.irs.gov/id for more information about identity theft.

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that helps taxpayers and protects taxpayers' rights. TAS can offer you help if your tax problem is causing a financial difficulty, you've tried but been unable to resolve your issue with

Milton Lee Gardner #1913734
Hughes Unit
Rt 2 Box 4400
Gatesville, TX 76539

✱ legal mail

AUSTIN TX 787
RIO GRANDE DISTRICT
3 JAN 2022 PM 3 L

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
800 Franklin Avenue, Room 380
WACO TX 76701